2020080710255 7

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No 1 20-cv-06105-JMF

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ P 4 (l))*

This summons for *(name of individual and title, if any)* Philips Electronics North America Corporation was received by me on *(date)* Aug 7, 2020, 11 11 am

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address, or

☒ I served the summons on *(name of individual)* Amy McLaren, Managing Agent Authorized to Accept, who is designated by law to accept service of process on behalf of *(name of organization)* Philips Electronics North America Corporation on *(date)* Fri, Aug 07 2020, or

☐ I returned the summons unexecuted because _____, or

☐ Other _____, or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0 00

I declare under penalty of perjury that this information is true

Date August 10, 2020

*Server's signature*

Danielle Stevens, Process Server

*Printed name and title*

Guaranteed Subpoena Service, P O Box 2248, Union, NJ 07083

*Server's address*

Additional information regarding attempted service, etc
Documents Served  Summons in a Civil Action, Class Action Complaint and Demand for Jury Trial

1) Successful Attempt  Aug 7, 2020, 2 14 pm EDT at Corporation Trust Company, Registered Agent 1209 Orange St, Wilmington, DE 19801 received by Amy McLaren, Managing Agent Authorized to Accept  Age 35, Ethnicity Caucasian, Gender Female, Weight 140, Height 5'7", Hair Brown,

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

|  |  |
|---|---|
| FRANKIE MONEGRO, on behalf of himself and all others similarly situated, *Plaintiff(s)* <br><br> v. <br><br> PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No |

## SUMMONS IN A CIVIL ACTION

To *(Defendant s name and address)*

> PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,
> C/O THE CORPORATION TRUST COMPANY
> CORPORATION TRUST CENTER 1209 ORANGE ST
> WILMINGTON DE 19801

A lawsuit has been filed against you

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed R Civ P 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are

> Stein Saks, PLLC
> 285 Passaic Street,
> Hackensack, NJ 07601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint  You also must file your answer or motion with the court

*CLERK OF COURT*

Date ___8/6/2020___

/s/ P  Canales

*Signature of Clerk or Deputy Clerk*

